# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 24-57240 | Trustee Name: | (300006) Cathy L. Scarver |
|---|---|---|---|
| Case Name: | JOHN STEPHEN BUSH | Date Filed (f) or Converted (c): | 07/12/2024 (f) |
| | | § 341(a) Meeting Date: | 08/08/2024 |
| For Period Ending: | 03/31/2025 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Upright piano, household goods and furnishings | 2,500.00 | Unknown | | 0.00 | Unknown |
| 2 | Microsoft Surface laptop Computer and (3) televisions | 850.00 | 0.00 | | 0.00 | FA |
| 3 | framed, signed baseballs | 5,000.00 | Unknown | | 0.00 | Unknown |
| 4 | 10 Year old Pelaton | 750.00 | 0.00 | | 0.00 | FA |
| 5 | everyday clothing | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Tag Huer Watch, wedding ring | 350.00 | Unknown | | 0.00 | Unknown |
| 7 | Dog | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Ameris Bank | 967.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Nonpublic stock and businesses: Greenzie Inc | 0.00 | Unknown | | 0.00 | Unknown |
| 10 | 401(k) or similar plan: 401K | 17,449.17 | 0.00 | | 0.00 | FA |
| 11 | Whole Life Insurance Policy Policy# 21249368 (borrowed against it: Mary Kathryn Balkcom Bush | 76.98 | 78.98 | | 0.00 | 78.98 |
| 12 | MM Term Policy# 23719007 20 Year: Mary Kathryn Balkcom Bush | Unknown | Unknown | | 0.00 | Unknown |
| 13 | MM Term Policy# 21367075 20 Year: Mary Kathryn Balkcom Bush | Unknown | Unknown | | 0.00 | Unknown |
| 14 | Int. in Ins. policies: Mass Mutual,8839 disability insurance policy (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: Mass Mutual_4139 disability insurance policy (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Avoidance Claims and Other Causes of Action (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | John S. Bush Irrevocable Trust _2501 - Debtor is not a beneficiary-disclosed in abundance of caution (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | Assets        Totals        (Excluding unknown values) | **$28,793.15** | **$78.98** | | **$0.00** | **$78.98** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 24-57240 | **Trustee Name:** (300006) Cathy L. Scarver |
| **Case Name:** JOHN STEPHEN BUSH | **Date Filed (f) or Converted (c):** 07/12/2024 (f) |
| | **§ 341(a) Meeting Date:** 08/08/2024 |
| **For Period Ending:** 03/31/2025 | **Claims Bar Date:** |

**Major Activities Affecting Case Closing:**

    Investigations and Liiquidation of Assets

**Initial Projected Date Of Final Report (TFR):**   03/31/2026    **Current Projected Date Of Final Report (TFR):**   03/31/2026